# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Tony Humphrey,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:16-cv-00090-FDW |
| | ) | Related Case Number |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 11, 2022 Order.

October 11, 2022

Frank G. Johns, Clerk
United States District Court